# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KUNJI HARRISBURG, LLC,<br>Plaintiff,<br><br>v.<br><br>AXIS SURPLUS INSURANCE COMPANY,<br>Defendant. | CIVIL ACTION<br><br><br><br>NO. 19-1213 |

## O R D E R

**AND NOW**, this 18th day of March, 2020, upon consideration of Defendant's Motion for Summary Judgment (ECF 31), Plaintiff's Response in Opposition (ECF 33), and Defendant's Reply in Support (ECF 35), **IT IS ORDERED** that Defendant's Motion is granted in part and denied in part as follows:

- Defendant's Motion as to Count I (Breach of Contract) is **DENIED**;

- Defendant's Motion as to Count II (Bad Faith) is **DENIED** as it pertains to the April 25, 2018 incident and **GRANTED** as it pertains to the May 14, 2018 incident. The bad faith claim for May 14, 2018 is **DISMISSED WITH PREJUDICE**.

          **BY THE COURT:**

          /s/Wendy Beetlestone, J.

          _____
          **WENDY BEETLESTONE, J.**