

January 21, 2022

Honorable Magistrate Judge Richard A. Lloret
USDC Eastern District of Pennsylvania
601 Market Street
Philadelphia, PA 19106

      Re:    Kunji Harrisburg, LLC v. Axie Surplus Insurance Company
             USDC Eastern District of Pennsylvania, Civil Action No.: 2:19-cv-01213

Dear Judge Lloret:

      I am pleased to report that the above-referenced matter has settled. Your Honor may now issue a 41.1(b) Order.

                                Respectfully,

                                *Anthony DiUlio*
                                ANTHONY DIULIO

AD/ap